**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CREATIVE IMPACT INC.;<br>ZURU LLC;<br>ZURU INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE 475 INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 1:19-cv-05907 |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), Plaintiffs CREATIVE IMPACT INC., ZURU LLC, and ZURU INC. (collectively "Plaintiffs") voluntarily dismiss the following Defendants as listed on Schedule A to the Complaint *with prejudice*:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 83 | enjoydeal99 | https://www.ebay.com/usr/enjoydeal99 |
| 85 | eshoppingstar75 | https://www.ebay.com/usr/eshoppingstar75 |
| 86 | filmscall | https://www.ebay.com/usr/filmscall |
| 88 | goodbuy147 | https://www.ebay.com/usr/goodbuy147 |
| 94 | loverosegal | https://www.ebay.com/usr/loverosegal |
| 95 | luckystore258 | https://www.ebay.com/usr/luckystore258 |
| 97 | mybeautymall | https://www.ebay.com/usr/mybeautymall |
| 101 | noiseloveikun | https://www.ebay.com/usr/noiseloveikun |
| 114 | sunwebzone | https://www.ebay.com/usr/sunwebzone |
| 115 | tong-91 | https://www.ebay.com/usr/tong-91 |
| 119 | vineey95 | https://www.ebay.com/usr/vineey95 |
| 121 | worlddepot | https://www.ebay.com/usr/worlddepot |
| 128 | 91Happy Go | https://www.wish.com/merchant/57ad6d2a2e2de2688e996e1d |
| 371 | Square Circle | https://www.wish.com/merchant/56a97e6b20139c0efb4c72cd |
| 400 | wayago | https://www.wish.com/merchant/575662981c544b5cb8b354e2 |

As of the time of filing this Notice of Dismissal, the listed Defendants have not served an answer or motion for summary judgment.

Dated:     December 13, 2019

Respectfully submitted,
DUNLAP BENNETT & LUDWIG, PLLC

By:  /s/ *Nicholas A. Kurtz*

Nicholas A. Kurtz
ARDC No. 6320053
Dunlap Bennett & Ludwig, PLLC
55 E. Monroe, Suite 3800
Chicago, IL 60603
(312) 868-0714
nkurtz@dbllawyers.com
*Counsel for Plaintiffs*
CREATIVE IMPACT INC., ZURU LLC, and ZURU INC.